UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

MIGUEL ANGEL HERNANDEZ
FIGUEROA,                                                                 Petitioner,

v.                                                     Civil Action No. 4:26-cv-446-DJH

MIKE LEWIS, Jailer, Hopkins County Jail
et al.,                                                                 Respondents.[1]

\* \* \* \* \*

### ORDER

Petitioner Miguel Angel Hernandez Figueroa, proceeding pro se, filed a petition seeking a writ of habeas corpus under 28 U.S.C. § 2241. Upon review of the petition, it is hereby

**ORDERED** as follows:

(1)    The Clerk of Court shall **serve** the United States Attorney for the Western District of Kentucky electronically at the following email address: ben.schecter@usdoj.gov.

(2)    The Clerk of Court shall **forward by certified mail, return receipt requested** one copy of the petition (Docket No. 1) and this Order on Respondent Mike Lewis.

(3)    The Court finds good cause under 28 U.S.C. § 2243 to set the schedule for the return and hearing as set forth below.

(4)    **On or before July 6, 2026**, Respondents shall **SHOW CAUSE** why the writ of habeas corpus should not be granted. *See* 28 U.S.C. § 2243; Fed. R. Civ. P. 6(a).

(5)    Petitioner may file a reply **on or before July 8, 2026**.

---

[1] The petition names the "Jailer/Facility Director" of the Hopkins County Jail and the Secretary of the Department of Homeland Security. (Docket No. 1, PageID.1) The Hopkins County Jailer is Mike Lewis. *See Singh v. Lewis*, No. 4:25-cv-133-DJH, 2025 WL 3298080, at \*2 (W.D. Ky. Nov. 26, 2025). The Court will order that the docket be modified accordingly.

(6)     If either party requests an evidentiary hearing, they shall so advise the Court by written motion **on or before July 6, 2026**.  *See* 28 U.S.C. § 2243.  In the event of an evidentiary hearing, Petitioner may appear by Zoom if the option is available with the Hopkins County Jail. The parties may contact the Court's case manager, Natalie Thompson, at NThompson@kywd.uscourts.gov to arrange for Petitioner to appear by Zoom.

(7)     The Clerk of Court is **DIRECTED** to correct the docket of this matter to reflect that Respondent Mike Lewis is the Hopkins County Jailer and Respondent Markwayne Mullin is the Secretary of the Department of Homeland Security.

June 30, 2026

**David J. Hale, Chief Judge**
**United States District Court**

2