UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

MIGUEL ANGEL HERNANDEZ FIGUEROA, Petitioner,

v. Civil Action No. 4:26-cv-446-DJH

MIKE LEWIS, Jailer, Hopkins County Jail et al., Respondents.

* * * * *

**ORDER**

Respondents move to set aside the Court's Memorandum and Order pursuant to Federal Rule of Civil Procedure 60(b), attaching an August 6, 2026 order by an immigration judge requiring pro se Petitioner Miguel Angel Hernandez Figueroa to voluntarily depart the United States "[u]nder safeguards" no later than September 8, 2026. (Docket No. 10; D.N. 10-1) The Court deferred ruling on the motion until Hernandez Figueroa had an opportunity to respond and vacated the Memorandum and Order for his immediate release. (D.N. 11) Hernandez Figueroa has since been removed from the country. (D.N. 12) "[T]o the extent that [Hernandez Figueroa] challenges his detention pending removal, his release from custody" and removal from the United States render this action moot. *Ventura-Pineda v. Sec'y, Dep't of Homeland Sec.*, No. 1:18-cv-570, 2019 WL 3227980, at *2 (S.D. Ohio July 17, 2019) (citation omitted); *see Zhen v. Doe*, No. 3:25-CV-2812, 2026 WL 941577, at *1 (N.D. Ohio Apr. 7, 2026). Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) Respondents' motion to set aside (D.N. 10) is **GRANTED**. The Court's August 12, 2026 Memorandum and Order requiring Respondents to provide Hernandez Figueroa with a bond hearing (D.N. 9) remains vacated. Hernandez Figueroa's petition for a writ of habeas corpus (D.N. 1) is **DENIED** as moot.

(2) This matter is **DISMISSED**, **STRICKEN** from the Court's docket, and **CLOSED**.

August 21, 2026

**David J. Hale, Chief Judge**
**United States District Court**